IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00037-WYD-KLM

BETHANY ATKINS,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a ROSE MEDICAL CENTER, a Colorado Limited Liability Company,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Reopen Case for Good Cause (ECF No. 11) is **STRICKEN** from the record for failure to comply with D.C.COLO.LCivR 7.1.

    Dated:  May 7, 2015