IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-00037-WYD-KLM

BETHANY ATKINS,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a Rose Medical Center, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Plaintiff's Motion to Reopen Case for Good Cause (ECF No. 13).   On March 19, 2015, I entered an order affirming and adopting the Magistrate Judge's Recommendation that this matter be administratively closed pursuant to D.C.COLO.LCivR 41.2.   In that same Order, Plaintiff was directed to move to reopen this case for good cause within 30 days of receiving a Right to Sue letter from the EEOC.   On April 7, 2015, the EEOC issued the Right to Sue letters. Accordingly, the motion to reopen (ECF No. 13) is **GRANTED**, and this case shall be **REOPENED** for good cause shown.

    Dated:   May 11, 2015

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE