IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00037-WYD-KLM

BETHANY ATKINS,

     Plaintiff,

v.

HCA-HEALTHONE, LLC, a Colorado limited liability company doing business as Rose
Medical Center,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for Leave to File Amended
Complaint and Jury Demand** [#16][1] (the "Motion") and **Defendant's Status Report
Regarding Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand
(Docket #16)** [#24] (the "Status Report").

     In the Status Report, Defendant states that It does not oppose the Motion. *Status
Report* [#24] at 1. Therefore, Plaintiff may file her proposed Amended Complaint and Jury
Demand [#16-1] pursuant to Fed. R. Civ. P. 15(a)(2) because she has "the opposing party's
written consent." As a result, a Court order is not necessary. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#16] is **DENIED as moot**.

     IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's
Amended Complaint and Jury Demand [#16-1] for filing as of June 17, 2015, the date the
Status Report [#24] was filed.

     IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to
the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

     Dated: June 18, 2015

_____

    [1] "[#16]" is an example of the convention I use to identify the docket number assigned to
a specific paper by the Court's case management and electronic case filing system (CM/ECF). I
use this convention throughout this Minute Order.