IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00037-WYD-KLM

BETHANY ATKINS,

    Plaintiff,

v.

HCA-HEALTHONE, LLC, a Colorado limited liability company doing business as Rose Medical Center,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [#35][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information [#35-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated:  September 29, 2015

---

[1] "[#35]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.