IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00037-WYD-KLM

BETHANY ATKINS,

   Plaintiff,

v.

HCA-HEALTHONE, LLC, a Colorado limited liability company doing business as Rose Medical Center,

   Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Plaintiff's Unopposed Motion to File Second Amended Complaint and Jury Demand** [#39][1] (the "Motion"). The Motion is unopposed and, therefore is filed pursuant to D.C.COLO.LCivR 15.1(a). Accordingly, Plaintiff filed "as an exhibit a copy of the amended pleading which strikes through (e.g. ~~strikes through~~) the text to be deleted and underlines (e.g. underlines) the text to be added." *See generally Motion, Ex. 1* [#39-1]. However, Plaintiff did not file the proposed Second Amended Complaint. Accordingly,

   IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**.

   IT IS FURTHER **ORDERED** that Plaintiff shall file her Second Amended Complaint on or before **October 9, 2015**.

   IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

   Dated: October 1, 2015

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.