IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00037-WYD-KLM

BETHANY ATKINS,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a ROSE MEDICAL CENTER, a Colorado Limited Liability Company,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rules of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| LEVIN ROSENBERG PC | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| *s/ Peter G. Friesen* | *s/ Lisa Hogan* |
| Peter G. Friesen | Lisa Hogan |
| Timothy M. Garvey | Sarah M. Stettner |
| 1512 Larimer Street, Ste. 650 | Hannah M. Caplan |
| Denver, CO 80202 | 410 Seventeenth Street, Suite 2200 |
| 303-575-9390 | Denver, CO 80202 |
| 303-575-9385 | 303-223-1100 |
| pgf@levinrosenberg.com | 303-223-1111 |
| tmg@levinrosenberg.com | lhogan@bhfs.com |
| | sstettner@bhfs.com |
| | hcaplan@bhfs.com |

**SO ORDERED**

Dated: October 9, 2015

Hon. Kristen L. Mix
United States Magistrate Judge