IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00037-WYD-KLM

BETHANY ATKINS,

    Plaintiff,

v.

HCA-HEALTHONE, LLC d/b/a ROSE MEDICAL CENTER, a Colorado Limited Liability Company,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

    THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 47).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41 and the case should be dismissed with prejudice, each party to bear its own fees and costs.  Accordingly, it is

    ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 47) is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  February 11, 2016

                                      BY THE COURT:

                                      <u>s/ Wiley Y. Daniel</u>
                                      Wiley Y. Daniel,
                                      Senior United States District Judge